# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor, | ) ) ) | CASE NO. 1:12-CV-02619 |
| Plaintiff, | ) ) ) | JUDGE JAMES S. GWIN |
| v. | ) ) | |
| LOCAL 1104, UNITED STEELWORKERS OF AMERICA, | ) ) ) | NOTICE OF FILING THE CERTIFICATION OF ELECTION AND PROPOSED |
| Defendant. | ) | ORDER |

Now comes Seth Harris, Acting Secretary of Labor, United States Department of Labor, pursuant to the terms of the Stipulation of Compromise and Order (ECF No. 16 Stipulation and Order Page ID# 62-64 at ¶ 7), and hereby gives Notice of Filing the Certification of Election and a Proposed Order of Judgment, attached hereto as Exhibits A and B, respectively.

                                                                         Respectfully submitted,
                                                                         STEVEN M. DETTELBACH
                                                                         UNITED STATES ATTORNEY

BY: s/ *Renée A. Bacchus*
      Renée A. Bacchus (0063676)
      Assistant United States Attorney
      United States Court House
      801 West Superior Avenue, Suite 400
      Cleveland, OH 44113
      (216) 622-3707 – Bacchus
      (216) 522-4982 - FAX
      Renee.Bacchus@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2013, the foregoing Notice of Filing Certification of Election and Proposed Order was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        s/*Renee A. Bacchus*
                                        Renee A. Bacchus
                                        Assistant U.S. Attorney