UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **SETH D. HARRIS, Acting Secretary of Labor, United States Department of Labor,** | ) ) ) | **CASE NO. 1:12-CV-02619** |
| **Plaintiff,** | ) ) ) | **JUDGE JAMES S. GWIN** |
| **v.** | ) ) ) | |
| **LOCAL 1104, UNITED STEELWORKERS OF AMERICA,** | ) ) ) | |
| **Defendant.** | ) | |

CERTIFICATION OF ELECTION

  The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation for Settlement and Order filed February 11, 2013, in the United States District Court for the Northern District of Ohio, Eastern Division, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

  Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,



GOVERNMENT EXHIBIT A

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the office designated:

| | |
|---|---|
| Daniel J. Voorhees | President |
| George Husty | Inside Guard |
| Nate Johnson | Outside Guard |
| Lee Simons | Trustee |
| Ralph V. Huffman | Trustee |
| Rick Lucente | Trustee |

Signed this 6th day of May 2013.

*Patricia Fox*

_____
Patricia Fox
Chief, Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor